176 A.3d 222

IN RE: ACCUTANE LITIGATION (HOFFMANN–LA ROCHE INC. AND ROCHE LABORATORIES INC.-PETITIONERS)

C–389 September Term 2017
079933

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4760–14 and A–164–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.